# EXHIBIT 2

**2017 CV 02266**

| | |
|---|---|
| **Case Type** | CV - Civil |
| **Case Status:** | OPEN |
| **File Date:** | 12/18/2017 |
| **DCM Track:** | |
| **Action:** | OTHER TORTS |
| **Status Date:** | 12/18/2017 |
| **Case Judge:** | MCKAY, W WYATT |
| **Next Event:** | |

| All Information | Party | Docket | Financial | Receipt | Disposition |
|---|---|---|---|---|---|

## Docket Information

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 12/18/2017 | DEPOSIT FROM:  Receipt: 352684  Date: 12/18/2017 | $72.00 | |
| 12/18/2017 | OTHER TORT COMPLAINT  Receipt: 352684  Date: 12/18/2017 | $56.00 | Image |
| 12/18/2017 | FILING FEE FOR EACH CAUSE OF ACTION AND EACH UNDERTAKING | $27.00 | |
| 12/18/2017 | SPECIAL PROJECTS JUDGES  Receipt: 352684  Date: 12/18/2017 | $125.00 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>ACTAVIS PHARMA INC<br>CORPORATE CREATONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH  45202<br>Tracking No: 948900900027601053794 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>ACTAVIS LLC<br>CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH  45202<br>Tracking No: 948900900027601053795 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>WATSON LABORATORIES INC<br>CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH  45202<br>Tracking No: 948900900027601053796 | $7.50 | |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>ACTAVIS INC<br>CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH   45202<br>Tracking No: 9489009000027601053797 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>ALLERGAN PLC<br>CT CORPORATION SYSTEM<br>4400 EASTON COMMONS WAY, STE 125<br>COLUMBUS, OH   43215<br>Tracking No: 9489009000027601053798 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>ENDO PHARMACEUTICALS INC<br>C/O CORPORATION TRUST CO<br>1209 ORANGE STREET<br>WILMINGTON, DE   19801<br>Tracking No: 9489009000027601053799 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>JANSSEN PHARMACEUTICA INC<br>116 PINE STREET STE 320<br>HARRISBURG, PA   17101<br>Tracking No: 9489009000027601053800 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC<br>116 PINE STREET STE 320<br>HARRISBURG, PA   17101<br>Tracking No: 9489009000027601053801 | $7.50 | |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>JANSSEN PHARMACEUTICALS INC<br>116 PINE STREET STE 320<br>HARRISBURG, PA  17101<br>Tracking No: 948900900027601053802 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>JOHNSON & JOHNSON<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ  08933<br>Tracking No: 948900900027601053803 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>CEPHALON INC<br>C/O CORPORATE CREATIONS NETWORK INC<br>3411 SILVERSIDE ROAD<br>WILMINGTON, DE  19810<br>Tracking No: 948900900027601053804 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>TEVA PHARMACEUTICALS USA INC<br>C/O CORPORATE CREATONS NETWORK INC<br>3411 SILVERSIDE ROAD<br>WILMINGTON, DE  19810<br>Tracking No: 948900900027601053805 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>PURDUE FREDERICK COMPANY INC<br>C/O PRENTICE HALL CORPORATION<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808<br>Tracking No: 948900900027601053806 | $7.50 | |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>PURDUE PHARMA INC<br>C/O PRENTICE HALL CORPORATION<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE   19808<br>Tracking No: 948900900027601053807 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $3.00 | |
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75<br><br>PURDUE PHARMA LP<br>C/O PRENTICE HALL CORPORATION<br>2711 CENERVILLE ROAD<br>WILMINGTON, DE   19808<br>Tracking No: 948900900027601053808 | $7.50 | |
| 12/19/2017 | SUMMONS ISSUED TO  DEFENDANT(S). | $30.00 | |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 12/19/2017 | Issue Date:  12/19/2017<br>Service:  OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $11.75 ($117.50)<br><br>ENDO HEALTH SOLUTIONS INC<br>C/O CORPORATION TRUST CO<br>1209 ORANGE STREET<br>WILMINGTON, DE   19801<br>Tracking No: 948900900027601053809<br><br>INSYS THERAPEUTICS  INC<br>1333 S SPECTRUM BLVD #100<br>CHANDLER, AZ   85286<br>Tracking No: 948900900027601053810<br><br>MCKESSON CORPORATION<br>50 WEST BROAD STREET STE 1330<br>COLUMBUS, OH   43215<br>Tracking No: 948900900027601053811<br><br>CARDINAL HEALTH INC<br>7000 CARDINAL PLACE<br>DUBLIN, OH   43017<br>Tracking No: 948900900027601053812<br><br>AMERISOURCEBERGEN DRUG CORPORATION<br>C/O CORPORATION TRUST COMPAN S/A<br>CORPORATION TRUST CENTER 1209 ORANGE ST<br>WILMINGTON, DE   19801<br>Tracking No: 948900900027601053813<br><br>MIAMI LUKEN INC<br>265 PIONEER BLVD<br>SPRINGBORO, OH   45066<br>Tracking No: 948900900027601053814<br><br>PORTENOY, RUSSELL<br>39 BROADWAY 1ST FLOOR<br>NEW YORK, NY   10006<br>Tracking No: 948900900027601053815<br><br>FINE, PERRY<br>615 ARAPEEN WAY STE 155<br>SALT TRUMBULL COUNTY, UT   84132<br>Tracking No: 948900900027601053816<br><br>FISHMAN, SCOTT<br>2221 STOCKTON BLVD<br>SACRAMENTO, CA   95817<br>Tracking No: 948900900027601053817<br><br>WEBSTER, LYNN<br>PRA HEALTH SCIENCES<br>3838 S 700 E #202<br>SALT TRUMBULL COUNTY, UT   84106<br>Tracking No: 948900900027601053818 | $75.00 | |
| 12/19/2017 | MEMO ENTRY: ADDITIONAL $106.25 NEEDS TO BE ADDED TO AMOUNT OWED/AMOUNTDUE ON DOCKET (25 @ $4.25) FOR EXTRA POSTAGE | $106.25 | |
| 12/19/2017 | MEMO ENTRY: MEMO ENTRY: LETTER  SENT TO ATTY GALLUCCI FOR POSTAGE DUE OF $293.75 (25 @11.75) | $0.00 | |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued  : 12/19/2017<br>Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served  : 12/21/2017<br>Return  : 12/28/2017<br>On  : ACTAVIS PHARMA INC<br>Signed By : DDPOTTSCHMIDT<br><br>Reason  : SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 948900900027601053794 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued  : 12/19/2017<br>Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served  : 12/21/2017<br>Return  : 12/28/2017<br>On  : ACTAVIS LLC<br>Signed By : DDPOTTSCHMIDT<br><br>Reason  : SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 948900900027601053795 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued  : 12/19/2017<br>Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served  : 12/21/2017<br>Return  : 12/28/2017<br>On  : WATSON LABORATORIES INC<br>Signed By : DDPOTTSCHMIDT<br><br>Reason  : SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 948900900027601053796 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued  : 12/19/2017<br>Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served  : 12/22/2017<br>Return  : 12/28/2017<br>On  : JANSSEN PHARMACEUTICA INC<br>Signed By : TERRI MCENTEE<br><br>Reason  : SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 948900900027601053800 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued  : 12/19/2017<br>Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served  : 12/22/2017<br>Return  : 12/28/2017<br>On  : ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC<br>Signed By : TERRI MCENTEE<br><br>Reason  : SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 948900900027601053801 | | |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method    : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 12/19/2017<br>Service   : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served    : 12/21/2017<br>Return    : 12/28/2017<br>On        : JANSSEN PHARMACEUTICALS INC<br>Signed By : TERRI MECENTEE<br><br>Reason    : SUCCESSFUL SERVICE<br>Comment   :<br><br>Tracking #: 948900900027601053802 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method    : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 12/19/2017<br>Service   : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served    : 12/21/2017<br>Return    : 12/28/2017<br>On        : CEPHALON INC<br>Signed By : ALEXA L.<br><br>Reason    : SUCCESSFUL SERVICE<br>Comment   :<br><br>Tracking #: 948900900027601053804 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method    : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 12/19/2017<br>Service   : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served    : 12/21/2017<br>Return    : 12/28/2017<br>On        : PURDUE FREDERICK COMPANY INC<br>Signed By : WILLIAM LOLLEY<br><br>Reason    : SUCCESSFUL SERVICE<br>Comment   :<br><br>Tracking #: 948900900027601053806 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method    : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 12/19/2017<br>Service   : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served    : 12/21/2017<br>Return    : 12/28/2017<br>On        : PURDUE PHARMA INC<br>Signed By : WILLIAM LOLLEY<br><br>Reason    : SUCCESSFUL SERVICE<br>Comment   :<br><br>Tracking #: 948900900027601053807 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>Method    : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 12/19/2017<br>Service   : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served    : 12/21/2017<br>Return    : 12/28/2017<br>On        : PURDUE PHARMA LP<br>Signed By : WILLIAM LOLLEY<br><br>Reason    : SUCCESSFUL SERVICE<br>Comment   :<br><br>Tracking #: 948900900027601053808 | | |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 12/28/2017 | SUCCESSFUL SERVICE<br>   Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>   Issued   : 12/19/2017<br>   Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>   Served   : 12/22/2017<br>   Return   : 12/28/2017<br>   On      : ENDO HEALTH SOLUTIONS INC<br>   Signed By : KWAI ANSAH<br><br>   Reason   : SUCCESSFUL SERVICE<br>   Comment  :<br><br>   Tracking #: 948900900027601053809 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>   Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>   Issued   : 12/19/2017<br>   Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>   Served   : 12/21/2017<br>   Return   : 12/28/2017<br>   On      : INSYS THERAPEUTICS  INC<br>   Signed By : BRIANA WILKERSON<br><br>   Reason   : SUCCESSFUL SERVICE<br>   Comment  :<br><br>   Tracking #: 948900900027601053810 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>   Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>   Issued   : 12/19/2017<br>   Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>   Served   : 12/22/2017<br>   Return   : 12/28/2017<br>   On      : MCKESSON CORPORATION<br>   Signed By : SIGNATURE NOT LEGIBLE<br><br>   Reason   : SUCCESSFUL SERVICE<br>   Comment  :<br><br>   Tracking #: 948900900027601053811 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>   Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>   Issued   : 12/19/2017<br>   Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>   Served   : 12/22/2017<br>   Return   : 12/28/2017<br>   On      : AMERISOURCEBERGEN DRUG CORPORATION<br>   Signed By : KWAI ANSAH<br><br>   Reason   : SUCCESSFUL SERVICE<br>   Comment  :<br><br>   Tracking #: 948900900027601053813 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>   Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>   Issued   : 12/19/2017<br>   Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>   Served   : 12/21/2017<br>   Return   : 12/28/2017<br>   On      : MIAMI LUKEN INC<br>   Signed By : TERESA MOBELY<br><br>   Reason   : SUCCESSFUL SERVICE<br>   Comment  :<br><br>   Tracking #: 948900900027601053814 | | |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 12/28/2017 | SUCCESSFUL SERVICE<br>    Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>    Issued   : 12/19/2017<br>    Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>    Served   : 12/21/2017<br>    Return   : 12/28/2017<br>    On      : PORTENOY, RUSSELL<br>    Signed By : R ROOVE<br><br>    Reason   : SUCCESSFUL SERVICE<br>    Comment  :<br><br>    Tracking #: 948900900027601053815 | | |
| 12/28/2017 | SUCCESSFUL SERVICE<br>    Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>    Issued   : 12/19/2017<br>    Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>    Served   : 12/21/2017<br>    Return   : 12/28/2017<br>    On      : FISHMAN, SCOTT<br>    Signed By : PUROV B<br><br>    Reason   : SUCCESSFUL SERVICE<br>    Comment  :<br><br>    Tracking #: 948900900027601053817 | | |
| 01/02/2018 | SUCCESSFUL SERVICE<br>    Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>    Issued   : 12/19/2017<br>    Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>    Served   : 12/26/2017<br>    Return   : 01/02/2018<br>    On      : ACTAVIS INC<br>    Signed By : SIGNED NOT LEGIBLE<br><br>    Reason   : SUCCESSFUL SERVICE<br>    Comment  :<br><br>    Tracking #: 948900900027601053797 | | Image |
| 01/02/2018 | SUCCESSFUL SERVICE<br>    Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>    Issued   : 12/19/2017<br>    Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>    Served   : 12/26/2017<br>    Return   : 01/02/2018<br>    On      : ENDO PHARMACEUTICALS INC<br>    Signed By : KWAN ANSAH<br><br>    Reason   : SUCCESSFUL SERVICE<br>    Comment  :<br><br>    Tracking #: 948900900027601053799 | | Image |
| 01/02/2018 | SUCCESSFUL SERVICE<br>    Method  : CERTIFIED MAIL WITH BAR CODE NEW<br>    Issued   : 12/19/2017<br>    Service  : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>    Served   : 12/27/2017<br>    Return   : 01/02/2018<br>    On      : TEVA PHARMACEUTICALS USA INC<br>    Signed By : SIGNED NOT LEGIBLE<br><br>    Reason   : SUCCESSFUL SERVICE<br>    Comment  :<br><br>    Tracking #: 948900900027601053805 | | Image |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 01/02/2018 | SUCCESSFUL SERVICE<br>Method : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued : 12/19/2017<br>Service : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served : 12/26/2017<br>Return : 01/02/2018<br>On : CARDINAL HEALTH INC<br>Signed By : THADDEUS MILLER<br><br>Reason : SUCCESSFUL SERVICE<br>Comment :<br><br>Tracking #: 948900900027601053812 | | Image |
| 01/02/2018 | SUCCESSFUL SERVICE<br>Method : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued : 12/19/2017<br>Service : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served : 12/27/2017<br>Return : 01/02/2018<br>On : FINE, PERRY<br>Signed By : SIGNED NOT LEGIBLE<br><br>Reason : SUCCESSFUL SERVICE<br>Comment :<br><br>Tracking #: 948900900027601053816 | | Image |
| 01/02/2018 | SUCCESSFUL SERVICE<br>Method : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued : 12/19/2017<br>Service : OTHER CIVIL COMPLAINT W/ INSTRUCTIONS<br>Served : 12/27/2017<br>Return : 01/02/2018<br>On : WEBSTER, LYNN<br>Signed By : SIGNED NOT LEGIBLE<br><br>Reason : SUCCESSFUL SERVICE<br>Comment :<br><br>Tracking #: 948900900027601053818 | | Image |
| 01/04/2018 | NOTICE OF APPEARANCE WITH SERVICE FILED BY LEO M SPELLACY JR (Attorney) on behalf of COUNTY OF TRUMBULL (PLAINTIFF) | $0.00 | Image |
| 01/09/2018 | DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT WITH SERVICE FILED BY<br>FRANK L GALLUCCI III (Attorney) on behalf of COUNTY OF TRUMBULL (PLAINTIFF) | $0.00 | Image |
| 01/10/2018 | CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT WITH SERVICE FILED BY<br>ENDO PHARMACEUTICALS INC (DEFENDANT); ENDO HEALTH SOLUTIONS INC (DEFENDANT); | $0.00 | Image |
| 01/12/2018 | ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT TO DISTRIBUTOR DEFENDANTS UNTIL AND INCLUDING 03/23/18 | $6.00 | Image |

**UNITED STATES**
**POSTAL SERVICE.**

FILED
COURT OF COMMON PLEAS

JAN - 2 2018

TRUMBULL COUNTY, OHIO

Date Produced: 01/01/2018

TRUMBULL COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 9489 0090
0027 6010 5379 76. Our records indicate that this item was delivered on 12/26/2017 at
12:31 p.m. in CINCINNATI, OH 45202. The scanned image of the recipient information is
provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require
additional assistance, please contact your local post office or Postal Service
representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service. It is solely for customer use.

Customer Reference Number: 0817372 3423928517cv2266



2017 CV
02266
00079304014
SUCC



**_UNITED STATES_**
**_POSTAL SERVICE._**

FILED
COURT OF COMMON PLEAS

JAN - 2 2013

TRUMBULL COUNTY
KAREN INFANTE ALLEN, CLERK

Date Produced: 01/01/2018

TRUMBULL COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 9489 0090 0027 6010 5379 90. Our records indicate that this item was delivered on 12/26/2017 at 06:30 a.m. in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 0817372 3423928517cv2266



2017 CV
02266
00039358237
SUCC

**UNITED STATES**
**POSTAL SERVICE.**

FILED
COURT OF COMMON PLEAS

JAN - 2 2013

TRUMBULL COUNTY
KAREN INFANTE ALLEN, CLERK

Date Produced: 01/01/2018

TRUMBULL COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 9489 0090 0027 6010 5380 58. Our records indicate that this item was delivered on 12/27/2017 at 01:08 p.m. in WILMINGTON, DE 19810. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 0817372 3423928517cv2266



2017 CV
02266
00047403273
SUCC

**UNITED STATES**
**POSTAL SERVICE.**

FILED
COURT OF COMMON PLEAS

JAN - 2 2018

TRUMBULL COUNTY, OH
KAREN INFANTE ALLEN, CLERK

Date Produced: 01/01/2018

TRUMBULL COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 9489 0090
0027 6010 5381 26. Our records indicate that this item was delivered on 12/26/2017 at
11:19 a.m. in DUBLIN, OH 43016. The scanned image of the recipient information is
provided below.

Signature of Recipient :

Thaddeus Miller

Address of Recipient :

7000 CARDINAL PL

Thank you for selecting the Postal Service for your mailing needs.  If you require
additional assistance, please contact your local post office or Postal Service
representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service. It is solely for customer use.

Customer Reference Number: 0817372 3423928517cv2266



2017 CV
02266
00089526604
SUCC

**UNITED STATES**
**POSTAL SERVICE**

FILED
COURT OF COMMON PLEAS

JAN – 2 2018

TRUMBULL COUNTY CLERK

Date Produced: 01/01/2018

TRUMBULL COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 9489 0090 0027 6010 5381 64. Our records indicate that this item was delivered on 12/27/2017 at 01:06 p.m. in SALT LAKE CITY, UT 84108. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 0817372 3423928517cv2266



2017 CV
02266
00096733568
SUCC

**UNITED STATES**
**POSTAL SERVICE.**

FILED
COURT OF COMMON PLEAS

JAN - 3 2018

[illegible]

Date Produced: 01/01/2018

TRUMBULL COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 9489 0090
0027 6010 5381 88. Our records indicate that this item was delivered on 12/27/2017 at
02:14 p.m. in SALT LAKE CITY, UT 84124. The scanned image of the recipient
information is provided below.

Signature of Recipient :

Address of Recipient :   1255 E. 3900)

Thank you for selecting the Postal Service for your mailing needs.  If you require
additional assistance, please contact your local post office or Postal Service
representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service. It is solely for customer use.

Customer Reference Number: 0817372 3423928517cv2266



2017 CV
02266
00059014396
SUCC

KAREN INFANTE ALLEN
CLERK OF COURTS
TRUMBULL COUNTY

2018 JAN -4 AM 11: 23

TRUMBULL COUNTY
CLERK OF COURTS

## IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

| | | |
|---|---|---|
| THE COUNTY OF TRUMBULL, | ) | CASE NO. 17CV002266 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE W WYATT McKAY |
| v. | ) | |
| | ) | |
| PURDUE PHARMA LP, *et al.*, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that the undersigned attorney, Mary Jane Trapp, of the law firm of the THRASHER, DINSMORE & DOLAN LLP, enters her notice of appearance as one of the attorneys of record representing the Plaintiff The County of Trumbull in this matter. Counsel respectfully requests this Court forward all future notices, correspondence and relevant documents to the attention of the undersigned at the address written below.



2017 CV
02266
00039595497

N

Respectfully submitted,

Leo M. Spellacy, Jr. (0067304)
Mary Jane Trapp, Esq. (0005315)
THRASHER, DINSMORE & DOLAN LLP
1111 Superior Avenue, Suite 412
Cleveland, OH  44114
Ph:  (216) 255-5434
Fax:  (216) 255-5450
Email: mjtrapp@tddlaw.com
        lspellacy@tddlaw.com

Frank L. Gallucci, III, Esq. (0072680)
PLEVIN & GALLUCCI CO LPA
55 Public Square
Suite 2222
Cleveland, OH  44113
(216) 861-0804
Email:  FGallucci@pglawyer.com

Paul J. Napoli, Esq. *(*to be admitted *pro hac vice)*
Joseph L. Ciaccio, Esq. *(*to be admitted *pro hac vice)*
Salvatore C. Badala, Esq. *(*to be admitted *pro hac vice)*
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road, Suite 350
Melville, NY  11747
(844) 230-7676

Scott Elliot Smith, Esq. (003749)
SCOTT ELLIOT SMITH LPA
5003 Horizons Drive
Suite 200
Columbus, OH  43220
(614) 846-1700
(614) 486-4987
ses@sestriallaw.com

*Attorneys for Plaintiff The County of Trumbull*

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Appearance of Mary Jane Trapp was served on the 29th day of December 2017 via regular U.S. mail, postage prepaid, upon the following:

PURDUE PHARMA LP
C/O The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE  19808

PURDUE PHARMA INC.
C/O The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE  19808

PURDUE PHARMA FREDERICK COMPANY
C/O The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE  19808

TEVA PHARMACEUTICALS USA, INC.
C/O Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE  19180

CEPHALON, INC.
C/O Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE  19180

JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. N/K/A JANSSEN
PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA  17101

JANSSEN PHARMACEUTICA, INC. N/K/A
JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA  17101

ENDO PHARMACEUTICALS, INC.
C/O THE CORPORATION TRUST CO.
1209 Orange Street
Wilmington, DE  19801

ALLERGAN PLC F/K/A ACTAVIS PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH  43215

ACTAVIS INC. F/K/A WATSON
PHARMACEUTICALS, INC.
CORPORATE CREATIONS NETWORK INC.
119 E. Court Street
Cincinnati, OH 45202

WATSON LABORATORIES, INC.
CORPORATE CREATIONS NETWORK INC.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS LLC
CORPORATE CREATIONS NETWORK INC.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS PHARMA, F/K/A WATSON PHARMA,
INC.
CORPORATE CREATIONS NETWORK INC.
119 E. Court Street
Cincinnati, OH 45202

ENDO HEATH SOLUTIONS INC.
C/O THE CORPORATION TRUST CO.
1209 Orange Street
Wilmington, DE 19801

MCKESSON CORPORATION
50 West Broad Street, Suite 1330
Columbus, OH 43215

AMERISOURCEBERGEN CORPORATION
C/O THE CORPORATION TRUST COMPANY,
STATUTORY AGENT
Corporation Trust Center
Wilmington, DE 19801

MIAMI LUKEN INC.
2656 Pioneer Boulevard
Springsboro, OH 45066

SCOTT FISHMAN
2221 Stockton Boulevard
Sacramento, CA 95817

INSYS THERAPEUTICS INC.
1333 S. Spectrum Boulevard, #100
Chandler, AZ 85286

CARDINAL HEALTH INC.
119 E. Court Street
Cincinnati, OH 45202

RUSSELL PORTENOY
39 Broadway, 1st Floor
New York, NY 10006

PERRY FINE
615 Arapeen Way, Suite 155
Salt Lake City, UT 84312

LYNN WEBSTER
PRA HEATH SCIENCE
3838 S. 700 E #200
Salt Lake City, UT 84106

Leo M. Spellacy, Jr. (0067504)

*17 CV 2266*

# IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

THE COUNTY OF TRUMBULL,                    :

      Plaintiff,                    :        CASE NO. 17 CV-2266

      vs.                    :        JUDGE McKAY

PURDUE PHARMA L P., *et al*,                    :

      Defendants.                    :

## DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

    Defendants McKesson Corporation, Cardinal Health Inc.[1], and AmerisourceBergen Drug Corporation ("Distributor Defendants"), jointly and with the consent of Plaintiff, the County of Trumbull, hereby request an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until and including March 23, 2018.

    Distributor Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations. Distributor Defendants have conferred with Plaintiff regarding this motion, and, given the length and complexity of the Complaint, Plaintiff's counsel agreed to a sixty (60) day extension of time to answer, move, or otherwise respond.

    Wherefore, Distributor Defendants respectfully request that the Court grant their motion for an extension of time through and including March 23, 2018, to answer, move, or otherwise respond to the Complaint. An Agreed Order and Entry providing this extension is attached hereto.

---

[1] Cardinal Health, Inc. does not concede by filing this motion that it is a proper party to this lawsuit.

7889517



2017 CV
02266
00015244806
MO

Dated: January 8, 2018

Respectfully submitted,

*Vincent I. Holzhall*

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
 (614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

*Joseph F. Murray*

Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin Road   by V. I. Holzhell
Columbus, Ohio 43215   # 0074901
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com   per email auth.
*Counsel for Cardinal Health, Inc.*   1-4-18

*Sandra K. Zerrusen*

Sandra K. Zerrusen (0070883)
Mark W. Bernlohr (0038640)   by V I. Holzhell
Aaron E. McQueen (0068753)   # 0074901
Andrew N. Schock (0087998)   per email
**JACKSON KELLY PLLC**   auth. 1-4-18
50 South Main Street, Suite 201
Akron, Ohio 44308
(330) 252-9060 phone; (330) 252-9078 fax
skzerrusen@jacksonkelly.com
mwbernlohr@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for AmerisourceBergen Drug
Corporation*

2

AGREED TO BY:

*Frank Gallucci*

Frank Gallucci (0072680)
**PLEVIN & GALLUCCI COMPANY, L.P.A**
55 Public Square, Ste. 2222
Cleveland, OH 44113
FGallucci@pglawyer.com
*Counsel for Plaintiff*

by V. I. Holzhall
#0074901
per email auth . .
1-5-18

3

7889517

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing ***Distributor Defendants' Consent Motion for Extension of Time to Respond to Complaint*** was served on the following by regular United States mail, postage prepaid, pursuant to Civil Rule 5(B)(2)(c) this ____ day of January, 2018:

Frank Gallucci (0072680)
PLEVIN & GALLUCCI COMPANY, L.P.A
55 Public Square, Ste. 2222
Cleveland, OH 44113
FGallucci@pglawyer.com

and

Paul J. Napoli
Joseph L. Ciaccio
Salvatore C. Badala
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road, Ste. 350
Melville, NY 11747

and

Leo M. Spellacy, Jr. (0067304)
THRASHER DISMORE & DOLAN LPA
1111 Superior Ave., Ste. 412
Cleveland, OH 44114

and

Scott Elliot Smith (003749)
SCOTT ELLIOT SMITH LPA
5003 Horizons Dr., Ste. 200
Columbus, OH 43220
*Counsel for Plaintiff*

Purdue Pharma L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

Purdue Pharma Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

The Purdue Frederick Company, Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19810

Cephalon, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19810

4

7889517

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Ortho-McNeil-Janssen Pharmaceuticals, Inc.
n/k/a Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Endo Pharmaceuticals, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.
Corporate Creations Network, Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Actavis LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

Endo Health Solutions Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Cardinal Health, Inc.
7000 Cardinal Place
Dublin, Ohio 43017

Miami-Luken, Inc.
265 Pioneer Blvd.
Springboro, OH 45066

Perry Fine
615 Arapeen Way, Ste. 155
Salt Lake City, UT 84132

Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Janssen Pharmaceutica, Inc.
n/k/a Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Allergan PLC F/K/A Actavis PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43215

Watson Laboratories, Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

Actavis Pharma, Inc.
f/k/a Watson Pharma, Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd. #100
Chandler, AZ 85286

AmerisourceBergen Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Russell Portenoy
39 Broadway, 1st Fl.
New York, NY 10006

Scott Fishman
2221 Stockton Blvd.
Sacramento, CA 95817

5

Lynn Webster
PRA Health Sciences
3838 S. 700 E. #202
Salt Lake City, UT 84106


_Vincent I. Holzhall_

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)

7889517

KAREN INFANTE ALLEN
CLERK OF COURTS
TRUMBULL COUNTY

IN THE COURT OF COMMON PLEAS

TRUMBULL COUNTY, OHIO 2018 JAN 10 AM 11: 20

TRUMBULL COUNTY
CLERK OF COURTS

THE COUNTY OF TRUMBULL,                )  CASE NO. 2017 CV 02266
                                       )              2266
                      Plaintiff,       )  JUDGE W. WYATT MCKAY
                                       )
        v.                             )
                                       )  **CONSENT MOTION FOR EXTENSION OF**
PURDUE PHARMA L.P., *et al.*,          )  **TIME TO RESPOND TO COMPLAINT**
                                       )
                      Defendants.      )
                                       )
                                       )

Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Endo Pharmaceuticals Inc., Allergan plc,[1] Allergan Finance, LLC f/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Endo Health Solutions Inc., and Insys Therapeutics, Inc. (collectively, the "Manufacturer Defendants"), jointly and with the consent of Plaintiff County of Trumbull, hereby request an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint up to and including March 26, 2018. Undersigned counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. have been authorized to seek this extension on behalf of all of the Manufacturer Defendants.

The Manufacturer Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations. The Parties conferred about this motion and, given the length and complexity of the Complaint, Plaintiff's counsel authorized defense counsel to advise the Court that Plaintiff consents to the Manufacturer Defendants' joint request for this

---

[1] Allergan plc, an Irish company, disputes that it was properly served. It joins this motion out of an abundance of caution and expressly reserves all defenses related to personal jurisdiction and service of process.



2017 CV
02266
00067969474
MO

extension of time.  No prior extension of time has been sought or obtained by the Manufacturer Defendants.

Wherefore, the Manufacturer Defendants respectfully request that the Court grant their motion and grant them an extension of time through and including March 26, 2018, to answer, move, or otherwise respond to the Complaint.  An Agreed Order and Entry providing this extension is attached hereto.

Dated:  January 10, 2018

Respectfully submitted,

Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:  216.621.0200
Facsimile:  216.696.0740
crendon@bakerlaw.com
tcoleman@bakerlaw.com

*Attorneys for Defendants Endo Health
Solutions Inc. and Endo Pharmaceuticals Inc.
and on behalf of all of the Manufacturer
Defendants for purposes of this Motion*

AGREED TO BY:


*/s/Frank Gallucci, per telephone consent on 01/08/2018*
Frank Gallucci (0072680)
PLEVIN, & GALLUCCI COMPANY, L.P.A
55 Public Square
Suite 2222
Cleveland, Ohio 44113
FGallucci@pglawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Consent Motion for Extension of Time to*

*Respond to Complaint* was served by regular U.S. Mail on January 10, 2018 upon the following:

**Frank Gallucci**
PLEVIN, & GALLUCCI
COMPANY, L.P.A
55 Public Square
Suite 2222
Cleveland, Ohio 44113

*Attorney for Plaintiff*

**Mckesson Corporation**
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

**Cardinal Health, Inc.**
7000 Cardinal Place
Dublin, Ohio 43017

**Amerisourcebergen Corporation**
c/o The Corporation Trust Company, Statutory Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

**Miami-Luken, Inc.**
265 Pioneer Blvd.
Springboro, OH 45066

**Russell Portenoy**
39 Broadway, 1st Floor
New York, NY 10006

**Perry Fine**
615 Arapeen Way, Suite 155
Salt Jefferson County, UT 84132

**Scott Fishman**
2221 Stockton Blvd.
Sacramento, CA 95817

**Lynn Webster**
PRA Health Sciences
3838 S 700 E #202
Salt Lake County, UT 84106

Tera N. Coleman (0090544)
*One of the Attorneys for Defendants Endo Health Solutions Inc.*
*and Endo Pharmaceuticals Inc. and on behalf of all of the*
*Manufacturer Defendants for purposes of this Motion*

# IN THE COURT OF COMMON PLEAS
## TRUMBULL COUNTY, OHIO

THE COUNTY OF TRUMBULL,                        :

        Plaintiff,                        :      CASE NO. 17 CV 2266

                    :

        vs.                        :      JUDGE McKAY

                    :

PURDUE PHARMA L P., *et al,*                        :

                    :

        Defendants.                        :

## ORDER GRANTING CONSENT MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court upon the consent motion of Defendants McKesson Corporation, Cardinal Health Inc., and AmerisourceBergen Drug Corporation ("Distributor Defendants") for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint. For good cause shown, the Motion is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that Distributor Defendants shall have until and including Friday, March 23, 2018, to serve their responsive motions or pleadings.

**IT IS SO ORDERED.**

_____
Date     1/12/18

_____
JUDGE W. WYATT McKAY

2017 CV
02266
00063655740
OLD

Approved:

*Vincent I. Holzhall*
Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
 (614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

*Joseph F. Murray*
Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*

*by V.I. Holzhall*
*# 0074901*
*per email auth. 1-4-18*

*Sandra K. Zerrusen*
Sandra K. Zerrusen (0070883)
Mark W. Bernlohr (0038640)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
**JACKSON KELLY PLLC**
50 South Main Street, Suite 201
Akron, Ohio 44308
(330) 252-9060 phone; (330) 252-9078 fax
skzerrusen@jacksonkelly.com
mwbernlohr@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for AmerisourceBergen Drug Corporation*

*by V.I. Holzhall*
*# 0074901*
*per email auth. 1-4-18*

*Frank Gallucci*
Frank Gallucci (0072680)
**PLEVIN & GALLUCCI COMPANY, L.P.A**
55 Public Square, Ste. 2222
Cleveland, OH 44113
FGallucci@pglawyer.com
*Counsel for Plaintiff*

*by V.I. Holzhall*
*# 0074901*
*per email auth. 1-5-18*

2

7889580

KAREN INFANTE ALLEN
CLERK OF COURTS
TRUMBULL COUNTY

IN THE COURT OF COMMON PLEAS
TRUMBULL COUNTY, OHIO

2018 JAN 18 PM 2: 80

TRUMBULL COUNTY
CLERK OF COURTS

| | | |
|---|---|---|
| THE COUNTY OF TRUMBULL, | ) | CASE NO. 2017 CV 02266 |
| | ) | |
| Plaintiff, | ) | JUDGE W. WYATT MCKAY |
| | ) | |
| v. | ) | |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## [PROPOSED] AGREED ORDER AND ENTRY

Upon consideration of the Consent Motion for Extension of Time to Respond to Complaint filed by certain of the Defendants in this matter, it is hereby:

**ORDERED** that the Consent Motion for Extension of Time to Respond to Complaint be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the following Defendants shall have up to and including March 26, 2018, to answer, move, or otherwise respond to Plaintiff's Complaint: Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Endo Pharmaceuticals Inc., Allergan plc, Allergan Finance, LLC f/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Endo Health Solutions Inc., and Insys Therapeutics, Inc.

Date: _____1/18/18_____         _____

                                    JUDGE W. WYATT MCKAY