UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Lake, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45032<br><br>*County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*, Case No. 18-op-45079<br><br>*Track 3 Cases* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**UNOPPOSED MOTION TO RELEASE
PHARMACY DEFENDANTS' SUPERSEDEAS BOND**

On September 14, 2022, the Court entered a stipulated order that the Pharmacy Defendants[1] would "file a bond in the amount of $141,004,561 to stay execution of the monetary portion of the judgment pending appeal" in this case, Dkt. 4628 at 1, which the Pharmacy Defendants did on September 19, 2022, Dkt. 4633. As the appeal has now concluded and the judgment has been vacated, a bond is no longer necessary to stay execution of the judgment. However, the bond's surety has advised the Pharmacy Defendants that it will not release the bond without a court order.

Therefore, the Pharmacy Defendants respectfully request that the Court order the release of Bond Number 285068669 guaranteed by Liberty Mutual Insurance Company.

Plaintiffs consent to this motion.

---

[1] Pharmacy Defendants include Walmart Inc., CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., CVS Indiana L.L.C., Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.

Dated:  April 9, 2025	Respectfully submitted,

/s/Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

/s/Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart, Inc.*

/s/Alexandra W. Miller
Alexandra W. Miller
Eric R. Delinsky
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system on all counsel of record.

/s/ *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr

*Counsel for Walgreens Boots Alliance, Inc.,
Walgreen Co., and Walgreen Eastern Co., Inc.*